*Natalie M. Cox*
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 04, 2023

___

Terri H. Didion, Assistant United States Trustee
State Bar #CA 133491
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
E-mail: *terri.didion@usdoj.gov*

Attorneys for the United States Trustee
    TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. 21-13813-nmc |
| HOUDINI'S MAGIC SHOP, | Chapter 7 |
| | Date: N/A |
| | Time: N/A |
| Debtor(s). | |

**ORDER GRANTING EX PARTE MOTION OF THE**
**<u>UNITED STATES TRUSTEE AND REOPENING THIS CASE</u>**

Upon consideration of the *Ex Parte* Motion of the United States Trustee for An Order Reopening Case Pursuant to 11 U.S.C. § 350(b) ("Motion"), good cause having been shown,

IT IS HEREBY ORDERED that the Motion is granted;

IT IS HEREBY FURTHER ORDERED that the Clerk shall reopen this case, and the United States Trustee is directed to appoint a Chapter 7 trustee to administer the case; and

IT IS HEREBY FURTHER ORDERED that the fee for reopening the case shall be paid from proceeds of the estate, if any, after the case is reopened.

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Terri H. Didion
    Terri H. Didion
    Assistant United States Trustee

**Manner of Service of Proposed Order Certification**

In accordance with Local Rule 9021, Terri H. Didion certifies that no opposition was filed to the *Ex Parte* Motion of the United States Trustee for an Order Reopening Case Pursuant to 11 U.S.C. § 350(b) ("Motion") as this form of order was filed with the Motion and no party received advanced notice of the Motion or proposed form of order. However, copies of the Motion and this proposed form of order were electronically mailed to Robert E. Atkinson and Troy S. Fox and mailed to Houdini's Magic Shop on the date of the filing of the Motion.

###